

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PEARL RESOURCES OPERATING CO., LLC and PEARL RESOURCES, LLC, | § | No. 08-19-00289-CV |
| | § | Appeal from the |
| Appellants, | § | |
| | § | 83rd District Court |
| v. | § | of Pecos County, Texas |
| WILD WELL CONTROL, INC., | § | (TC# P-7797-A-83-CV) |
| Appellee. | § | |

## MEMORANDUM OPINION

Appellants Pearl Resources Operating Co., LLC and Pearl Resources, LLC, filed an unopposed motion for voluntary dismissal of this appeal. *See* TEX.R.APP.P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs are taxed against the appellant. *See* TEX.R.APP. P. 42.1(d).

JEFF ALLEY, Chief Justice

March 2, 2020

Before Alley, C.J., Rodriguez, and Palafox, JJ.